[Cite as *Claren v. Mansfield Corr. Inst.*, 2011-Ohio-5962.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

PAUL CLAREN,

    Plaintiff,

    v.

MANSFIELD CORRECTIONAL
  INSTITUTION,

    Defendant.

Case No. 2008-08744

Plaintiff, Judge Joseph T. Clark
Magistrate Anderson M. Renick

JUDGMENT ENTRY

{¶1} On August 19, 2011, the magistrate issued a decision recommending judgment for defendant.

{¶2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." Plaintiff timely filed his objections.

{¶3} Civ.R. 53(D)(3)(b) further provides, in part:

{¶4} "(ii) Specificity of objection. An objection to a magistrate's decision shall be specific and state with particularity all grounds for objection.

{¶5} "(iii) Objection to magistrate's factual finding; transcript or affidavit. An objection to a factual finding * * * shall be supported by a transcript of all the evidence submitted to the magistrate relevant to that finding or an affidavit of that evidence if a transcript is not available."

{¶6} Plaintiff's objections are not specific and, to the extent that he objects to the magistrate's factual findings, he did not file a transcript of the evidence relevant to his objections.

{¶7} Furthermore, upon review of the record, the magistrate's decision and the objections, the court finds that the magistrate has properly determined the factual issues

and appropriately applied the law. Therefore, the objections are OVERRULED and the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____
JOSEPH T. CLARK
Judge

cc:

Christopher P. Conomy
Assistant Attorney General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Paul Claren
930 North Ella Street, Apt. 15
Orrville, Ohio 44667-1145

Filed   September 30, 2011
To S.C. reporter November 18, 2011